IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-mj-68-DRB |
| | ) | |
| ERIC BIRMINGHAM | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____    Crime of violence (18 U.S.C. 3156)

    _____    Maximum sentence of life imprisonment or death

    __X__   10 + year drug offense

    _____    Felony, with two prior convictions in the above categories

    __X__   Serious risk the defendant will flee

    _____    Serious risk of obstruction of justice

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

    __X__    Defendant's appearance as required

    __X__    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

| | |
|---|---|
| __X__ | Probable cause to believe defendant committed 10 + year drug offense or a crime of violence or an offense in which a firearm was used or carried under Section 924(c) |
| _____ | Previous conviction for "eligible" offense committed while on pretrial bond |
| _____ | A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above |

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

| | |
|---|---|
| _____ | At the initial appearance |
| __X__ | After continuance of _3_ days |

Respectfully submitted this the 11th day of July, 2006.

>LEURA GARRETT CANARY
>UNITED STATES ATTORNEY
>
>/s/ Susan R. Redmond
>SUSAN R. REDMOND
>Assistant United States Attorney
>Post Office Box 197
>Montgomery, AL 36101-0197
>334.223.7280
>334.223.7135 fax
>susan.redmond@usdoj.gov