**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 7-12-2006

DIGITAL RECORDING: 4:00 – 4:16 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB  
DEPUTY CLERK: sql  
CASE NO.: 2:06mj68-DRB  
DEFT. NAME: Eric BIRMINGHAM  
USA: Redmond  
ATTY: Robin Conrad  
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓ CDO)  
( ) Stand In ONLY  
USPTSO/USPO: Thweatt

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES    NAME: _____

| | |
|---|---|
| ☐ kars. | Date of Arrest 7-12-06 or ☑ karsr40 |
| ☑ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ☑ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel |
| ☐ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐ koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☑ | Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ kdmhrg. | Detention Hearing ☐ held; ☐ set for _____ |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ☐ kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR) |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered |
| ☑ kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| ☐ karr. | **ARRAIGNMENT** SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered. |
| | ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ |
| | DISCOVERY DISCLOSURES DATE: _____ |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ |
| ☐ kwvspt | **Waiver of Speedy Trial Act Rights Executed** |