✎ AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| ERIC BIRMINGHAM | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR605-31 | 2:06mj68-DRB | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
    X Indictment     ☐ Information     ☐ Complaint     ☐ Other (specify)

charging a violation of     21     U.S.C. §     841(a)(1)

**DISTRICT OF OFFENSE**
SOUTHERN/GEORGIA - Statesboro Division

**DESCRIPTION OF CHARGES:**

distribution of a controlled substance

**CURRENT BOND STATUS:**
   ☐ Bail fixed at        and conditions were not met
   ☐ Government moved for detention and defendant detained after hearing in District of Arrest
   X Government moved for detention and defendant detained pending detention hearing in District of Offense
   ☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | ☐ Yes | Language: | |

                         MIDDLE     **DISTRICT OF**   ALABAMA

TO: THE UNITED STATES MARSHAL

     You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| July 12, 2006 | _/s/ [signature]_ |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |